# United States Bankruptcy Court
## Southern District of Florida

In re  **Trigeant, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Trigeant, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Trigeant Holdings, Ltd.**  
**3020 North Military Trail**  
**Suite 100**  
**Boca Raton, FL 33431**

☐ None [*Check if applicable*]

**August 25, 2014**  
Date

/s/ **Jordi Guso**  
**Jordi Guso 863580**  
Signature of Attorney or Litigant  
Counsel for **Trigeant, LLC**  
**Berger Singerman LLP**  
**1450 Brickell Avenue**  
**Suite 1900**  
**Miami, FL 33131**  
**305 755-9500 Fax:305 714-4340**  
**jguso@bergersingerman.com**